**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**DAVID BRIAN SMITH**                                                                   **PLAINTIFF**

**V.**                                        **CASE NO. 3:16-CV-124-BD**

**CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration**                                            **DEFENDANT**

## ORDER

Pending is the Acting Commissioner of the Social Security Administration's

Unopposed Motion to Remand.  (docket entry #7)  For good cause shown, the

Commissioner's motion (#7) is GRANTED.  This case is remanded under sentence six of

42 U.S.C. § 405(g), for further administrative action.

DATED this 4th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE